

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 21, 2025

<u>By ECF</u>
The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *Lopez Benitez v. Francis et al.*, No. 25 Civ. 5937 (DEH)

Dear Judge Ho:

    This Office represents the government in the above-referenced habeas corpus action. I write respectfully to request an extension of the government's time to respond to the petition, from July 21, 2025, to July 24, 2025, and to adjourn the hearing scheduled for Thursday, July 24 at 10:00 a.m.

    The petitioner filed this action after the close of business on Friday, July 18, 2025, and on July 21, 2025, the Court issued an order to show cause, directing the government to file a response by July 22 and scheduled a hearing for July 24. ECF No. 4. This matter was assigned to me earlier this afternoon after the Court issued the order to show cause.

    The government respectfully requests that the Court extend the time to respond to the petition to Thursday, July 24, 2025. I make this request because additional time is needed for this Office to obtain information from U.S. Immigration and Customs Enforcement ("ICE") that is necessary for the government to prepare and file its response to the petition. Unfortunately, given the short deadline in this case and other litigation demands, including other emergency habeas matters, more time is needed to obtain that information from ICE and for this Office to prepare a response in this case. Petitioner's counsel consented to a one-day extension, to Wednesday, July 23, so that the case could still be heard this week, but this will still not provide the Government with sufficient time to respond.

    In addition, separate from the request for an extension of time to respond to the petition, I respectfully request that the show cause hearing set for 10:00 a.m. on Thursday, July 24, be rescheduled to Monday, July 28. The reason for this request is because undersigned counsel has a previously-scheduled court conference on July 24 at 10:00 a.m. before Magistrate Judge Parker, and was previously scheduled to be out of the office on Friday, July 25.

    I thank the Court for its consideration of this request.

Respectfully submitted,

                              JAY CLAYTON
                              United States Attorney for the
                              Southern District of New York

                    By:       s/ Dana Walsh Kumar
                              DANA WALSH KUMAR
                              Assistant United States Attorney
                              86 Chambers Street, Third Floor
                              New York, New York 10007
                              Telephone: (212) 637-2741
                              E-mail: dana.walsh.kumar@usdoj.gov

cc: Counsel of Record (by ECF)


Application GRANTED. Respondents are **ORDERED** to show cause why the Petition for Writ of Habeas Corpus should not be granted by **Thursday, July 24, 2025**. Petitioner's Reply, if any, shall be filed by **Friday, July 25, 2025**. If necessary, the parties shall appear before this Court for a hearing on the petition on **Monday, July 28, 2025, at 11:00 a.m. ET**. The conference will be held via Microsoft Teams. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: [633 689 363], followed by the pound (#) sign.

The Court is aware that Petitioner is not currently being detained in this District. *See Online Detainee Locator System*, Dep't of Homeland Sec., https://locator.ice.gov. The parties are directed to address in their briefs what relief, if any, the Court can or should order with respect to the Petitioner's location. The Clerk of Court is respectfully directed to terminate ECF No. 6. SO ORDERED.

Dale E. Ho
United States District Judge
Dated: July 22, 2025
New York, New York