UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CARLOS JAVIER LOPEZ BENITEZ,

                        Petitioner,                        25 **CIVIL** 5937 (DEH)

    -against-                                                  **JUDGMENT**

FRANCIS et al.,

                        Respondents.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 8, 2025, Mr. Lopez Benitez's Petition, ECF No. 1, is **GRANTED**. As stated orally during the hearing, the Court **ORDERED** Respondents to transport Mr. Lopez Benitez (A Number 240-425-738) back to the Southern District of New York by Thursday, July 31, 2025, and immediately upon effectuating his transfer, to release Mr. Lopez Benitez from custody; and further, to certify compliance with the Court's order by a filing on the docket. On August 1, 2025, Respondents confirmed that Mr. Lopez Benitez was released from custody on July 31, 2025, in accordance with the Court's order; accordingly, the case is closed.

**DATED:** New York, New York
              August 11, 2025

                                                                  **TAMMI M. HELLWIG**
                                                                  **Clerk of Court**

                                              **BY:**      *K. Mango*

                                                                  **Deputy Clerk**